E. BRYAN WILSON
Acting United States Attorney

RYAN D. TANSEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
101 12th Avenue, Room 310
Fairbanks, Alaska 99701
Phone: (907) 456-0245
Fax: (907) 456-0577
Email: Ryan.Tansey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>TIMOTHY DANIEL ABBOTT,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) No. 4:21-cr-00020-RRB-SAO<br><br>COUNT 1:<br>FALSE STATEMENT TO OBTAIN<br>FAA REGISTRATION<br>  Vio. of 49 U.S.C. § 46306(b)(4) |

I N F O R M A T I O N

The United States Attorney charges that:

COUNT 1

On or about March 9, 2020, within the District of Alaska and elsewhere, the

defendant, TIMOTHY DANIEL ABBOTT, did intentionally obtain and cause to be

obtained a certificate authorized to be issued under 49 U.S.C. § 44103, that is, an owner's

certificate of registration, by knowingly and willfully falsifying and concealing a material

fact, and making a false, fictitious and fraudulent statement, by asserting that David Miller

was the owner of Aircraft N596AK, a blue and yellow Kitfox Series 5 airplane, when in

truth and fact, and as the defendant then and there well knew, David Miller was not the

owner of Aircraft N596AK.

All of which is in violation of 49 U.S.C. § 46306(b)(4).


E. BRYAN WILSON
Acting United States Attorney

s/ *Ryan D. Tansey*
RYAN D. TANSEY
Assistant U.S. Attorney
United States of America